DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

GREG EVAN LINDBERG,

Appellant,

v.

OLIVIA MOLINA,

Appellee.

No. 2D2025-2565
_____

April 1, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Wendy J. DePaul, Judge.

Greg Evan Lindberg, pro se.

No appearance for Appellee.


PER CURIAM.

    Affirmed.

KHOUZAM, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.